| | |
|---|---|
| 1 | **C.O. LAW, APC** |
| 2 | Clark Ovruchesky, Esq. (SBN: 301844)<br>co@colawcalifornia.com |
| 3 | 3148 Midway Dr., Suite 203<br>San Diego, CA 92110 |
| 4 | Telephone: (619) 356-8960 |
| 5 | Facsimile:  (619) 330-7610 |
| 6 | *Attorneys for Plaintiff*, |
| 7 | Mary Sue Lundeen-Manning |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY SUE LUNDEEN-MANNING, | Case No.: 17-cv-2188-BEN-WVG |
| Plaintiff, | NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT SANTANDER CONSUMER USA INC.  ONLY |
| v. | |
| SANTANDER CONSUMER USA INC. AS SUCCESSOR IN INTEREST TO TRIAD FINANCIAL SM LLC F/K/A TRIAD FINANCIAL CORPORATION D/B/A TRIAD FINANCIAL, TOYOTA MOTOR CREDIT CORPORATION, TARGET CORPORATION D/B/A TD BANK USA/TARGET CREDIT, and EQUIFAX INFORMATION SERVICES LLC, | |
| Defendants. | |

///

///

///

///

**NOTICE OF SETTLEMENT**                                                                                           PAGE 1 OF 2

Plaintiff MARY SUE LUNDEEN-MANNING ("Plaintiff") hereby notifies the Court that she and Defendant SANTANDER CONSUMER USA INC. ("Santander") have reached a settlement in this matter and are in the process of completing the final closing documents and filing dismissal papers. Plaintiff and Santander request that the Court retain jurisdiction for any matters related to completing or enforcing the settlement.

As Santander has not filed an answer or a motion for summary judgment in this action, Plaintiff anticipates filing a voluntary dismissal (with prejudice) in this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), in respect to Santander only, within 60 days. Plaintiff requests that all pending dates and filings pertaining to Santander, including Santander's pending Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 15) be vacated and that the Court set a deadline on or after July 30, 2018 for filing a Notice of Voluntary Dismissal as to Defendant Santander only.

Respectfully submitted,

Dated: May 30, 2018            C.O. LAW, APC

                                             By: /s/ Clark Ovruchesky
                                                 CLARK OVRUCHESKY, ESQ.
                                                 ATTORNEY FOR PLAINTIFF

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is C.O. LAW, APC, 3148 Midway Dr., Suite 203, San Diego, California 92110. On May 30, 2018, I served the within document(s):

- **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT SANTANDER CONSUMER USA INC. ONLY**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury that the above is true and correct (and that I am employed in or by the office of a member of the bar of this Court at whose direction the service was made).

Executed on May 30, 2018, in San Diego, CA.

By: /s/ Clark Ovruchesky
CLARK OVRUCHESKY, ESQ.
ATTORNEY FOR PLAINTIFF

PROOF OF SERVICE