

**C.O. LAW, APC**
Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
3148 Midway Dr., Suite 203
San Diego, CA 92110
Telephone: (619) 356-8960
Facsimile:  (619) 330-7610

*Attorneys for Plaintiff*,
Mary Sue Lundeen-Manning

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARY SUE LUNDEEN-MANNING,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SANTANDER CONSUMER USA INC. AS SUCCESSOR IN INTEREST TO TRIAD FINANCIAL SM LLC F/K/A TRIAD FINANCIAL CORPORATION D/B/A TRIAD FINANCIAL, TOYOTA MOTOR CREDIT CORPORATION, TARGET CORPORATION D/B/A TD BANK USA/TARGET CREDIT, and EQUIFAX INFORMATION SERVICES LLC,**<br><br>**Defendants.** | Case No.: 17-cv-2188-BEN-WVG<br><br>**JOINT MOTION FOR DISMISSAL, WITH PREJUDICE, BETWEEN PLAINTIFF MARY SUE LUNDEEN-MANNING AND DEFENDANT SANTANDER CONSUMER USA INC. ONLY** |

///

///

///

///

**NOTICE OF VOLUNTARY DISMISSAL**    PAGE 1 OF 2

Plaintiff MARY SUE LUNDEEN-MANNING ("Plaintiff") and Defendant SANTANDER CONSUMER USA INC. ("Santander") (all jointly hereinafter referred to as "the Parties"), hereby move to dismiss Defendant Santander only from the above-entitled action, with prejudice. Each party will bear its own attorney's fees and costs. The Parties agree that this Court can proceed to dismiss Defendant Santander, with prejudice.

Dated: July 30, 2018    Respectfully submitted,

By: */s/ Chad Fuller*
Chad Fuller

Attorney for Defendant
SANTANDER CONSUMER USA INC.

Dated: July 30, 2018    Respectfully submitted,

By: */s/ Clark Ovruchesky*
Clark Ovruchesky

Attorney for Plaintiff
MARY SUE LUNDEEN-MANNING

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsels listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

Dated: July 30, 2018    **C.O. LAW, APC**

By:    /s/ Clark Ovruchesky
Clark Ovruchesky
ATTORNEYS FOR PLAINTIFFS

C.O. LAW, APC
3148 MIDWAY DR., SUITE 203
SAN DIEGO, CA 92110

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is C.O. LAW, APC, 3148 Midway Dr. Suite 203, San Diego, California 92110. On July 30, 2018, I served the within document(s):

- **JOINT MOTION FOR DISMISSAL, WITH PREJUDICE, BETWEEN PLAINTIFF MARY SUE LUNDEEN-MANNING AND DEFENDANT SANTANDER CONSUMER USA INC. ONLY**

☒　CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury that the above is true and correct (and that I am employed in or by the office of a member of the bar of this Court at whose direction the service was made).

Executed on July 30, 2018 San Diego, CA.

By: /s/ Clark Ovruchesky
CLARK OVRUCHESKY, ESQ.
ATTORNEY FOR PLAINTIFF

**PROOF OF SERVICE**